# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| LAUREN ERDMAN, individually, as next of kin, and Administrator for the Estate of minor deceased, Arlo Inman, and MARK CHRISTOPHER INMAN, individually and as next of kin of minor deceased, Arlo Inman,<br><br>        Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL ACTION<br>FILE NO. 3:21-cv-00075 (CAR) |

## ORDER ON PLAINTIFF MARK CHRISTOPHER INMAN'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY WALMART (WALMART VISION/OPTICAL CENTER)

This Court **GRANTS** Plaintiff's Motion to Compel Production of Documents from Non-Party Walmart (Walmart Vision/Optical Center) [Doc. 66] and **HEREBY ORDERS Walmart (Walmart Vision/Optical Center**) to respond to Plaintiff Mark Christopher Inman's subpoena within **TEN (10) DAYS** of the date of this Order. Failure to comply with the terms of this Order may result in sanctions.

-2-

**SO ORDERED** this 3rd day of October, 2023.

             S/ C. Ashley Royal
             C. ASHLEY ROYAL, SENIOR JUDGE
             UNITED STATES DISTRICT COURT