UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MINUTE SHEET
OF COURT PROCEEDINGS



| | | | |
|---|---|---|---|
| Date: | 8/13/2025 | Type of Hearing: | Pretrial Conference |
| Judge: | C. Ashley Royal | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Beverly Lillie | Law Clerk: | Sally Hatcher |
| Courtroom: | Macon – Courtroom D | | |

**Case Number:  3:21-cv-75 (CAR)**

| | | |
|---|---|---|
| LAUREN ERDMAN | Plaintiff Erdman Counsel: | Michael Johnson |
| MARK CHRISTOPHER INMAN | Plaintiff Inman Counsel: | Darl Champion |
| v. UNITED STATES OF AMERICA | Defense Counsel: | Lance Simon (via Zoom) Huiju Jeon (via Zoom) Taylor McNeill |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 39 mins.

| | |
|---|---|
| 10:57am | Court convenes. Court addresses parties regarding today's hearing schedule. |
| 10:58am | Discussion regarding proposed supplemental juror questionnaire. Questionnaire approved by all parties. Review of juror selection/questioning procedures. |
| 11:05am | Court requests parties to submit sections of Mr. Ley's deposition for review prior to trial. Submissions due no later than COB on 9/2/2025. |
| 11:09am | Any questioning of Ms. Thompson about preparation with attorneys will be allowed outside of jury presence. No documentation of same will be provided to jury for deliberation. Submission of questions are due no later than COB on 9/2/2025 |
| 11:10am | Discussion regarding use of experts (Doc. 120 – issue 5.) Court will reconsider. |
| 11:14am | Mr. Muttart will not be brought to trial nor will his deposition be used. Any open issues regarding opinions are MOOT. (Doc. 106 – Defendant's Motion to Exclude Expert Testimony of Muttart – Previously GRANTED in part, previously DENIED in part, MOOT in part.) |
| 11:17am | Videos to be played for jury prior to opening statements. Parties to discuss which videos and inform the court no later than COB on 9/2/2025. |
| 11:22am | Plaintiff requests ability to retain opportunity to object to exhibits. Granted. |
| 11:27am | Court clarifies procedure regarding use of advisory jury. |
| 11:32am | Defense questions potential of cumulative testimony. Court will deal with that as it happens. |
| 11:36am | Adjourned. |