## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| LAUREN ERDMAN, individually, as next of kin of Arlo Inman, deceased minor, and MARK CHRISTOPHER INMAN, individually, as next of kin of Arlo Inman, deceased minor, | Civil Action No. 3:21-cv-75 (CAR) |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs and the United States (the "parties") jointly stipulate that Plaintiffs' action is dismissed with prejudice, that Plaintiffs and the United States shall bear their own fees and costs, and that the Court shall not retain jurisdiction over this action. The parties agree this dismissal is a judgment for purposes of 28 U.S.C. § 2676.

**IT IS SO ORDERED**, this 8th day of January, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATED TO:**

/s/ Michael W. Johnson
MICHAEL W. JOHNSON
Georgia Bar No. 395058
Howell & Johnson, LLC
298 E. Washington Street, Suite B
Athens, GA 30601
EVAN HOWELL
Georgia Bar No. 372190
Howell & Johnson, LLC
4200 Northside Parkway
Building #1, Suite 200
Atlanta, GA 30327
Tel.: 706.548.0028 (Johnson)
Tel.: 470.819.3772 (Howell)
Email: mjohnson@hojolaw.com
Email: ehowell@hojolaw.com

*Attorneys for Plaintiff Lauren Erdman*

/s/ Darl H. Champion, Jr.
DARL H. CHAMPION, JR.
Georgia Bar No. 910007
BRENDAN KRASINSKI
Georgia Bar No. 159089
445 Franklin Gateway SE
Suite 100
Marietta, GA 30067
Tel.: 404-324-6487
Email: champ@thechampionfirm.com

*Attorney for Plaintiff Mark Christopher
Inman*

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By:    /s/ Lance Simon
LANCE SIMON
Assistant United States Attorney
Georgia Bar No. 447643
W. TAYLOR MCNEILL
Assistant United States Attorney
Georgia Bar No. 239540
HUIJU JEON
Special Assistant United States
        Attorney
Georgia Bar No. 223496
United States Attorney's Office
Middle District of Georgia
P. O. Box 1702
Macon, GA 31202
Tel: (478) 621-2663
Fax: (478) 621-2737
Email: Lance.Simon@usdoj.gov
Taylor.McNeill@usdoj.gov
Huiju.Jeon@usdoj.gov

*Attorneys for Defendant United
States of America*